PARTAIN v. PARTAIN.

FISH, C. J. The respondent in a libel for divorce excepted to the allowance of temporary alimony and attorney's fees, pending the libel. The judge heard the motion on the verified petition and answer. Under the allegations of the petition, and the admissions in the answer, the judge did not abuse his ·discretion in his allowance of temporary alimony and counsel fees to the wife.

*Judgment affirmed. All the Justices concur, except Atkinson, J., absent.*
No. 1485. NOVEMBER 15, 1919.

Temporary alimony. Before Judge Cobb. Barrow superior court. April 23, 1919.

*R. L. & H. C. Cox, R. B. Russell,* and *R. B. Russell Jr.,* for plaintiff in error. *A. C. Stone,* contra.